OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
10/22/2014 PRIVATE USE

PIERCE, MILYN ALEAHA   Tr. Ct. No. 14-05-05273-CR(1)   WR-82,324-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

MILYN ALEAHA PIERCE

RTS

Discharged

U TF